422 A.2d 685

Guskey, Appellant, v. Pozzi, Ind. a/t/a Pozzi Construction.

Argued April 10, 1979. Marion E. Popiel, for appellant; John H. Corbett, Jr., for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.